No. 626. UNITED STATES EX REL. CARTER-SCHNEIDER-NELSON, INC., v. CAMPBELL, DOING BUSINESS AS CAMPBELL CONSTRUCTION & EQUIPMENT CO., ET AL. C. A. 9th Cir. Certiorari denied. *Kenneth E. Lewis* for petitioner. *Arthur M. Bohnert, Jr.* and *George H. Hauerken* for respondents. ▮

No. 631. McINTOSH v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Orrick, John G. Laughlin, Jr.* and *Sherman L. Cohn* for the United States.

No. 634. GINSBURG v. STERN ET AL. C. A. 3d Cir. Certiorari denied. *Paul Ginsburg pro se. Elder W. Marshall* for respondents. ▮

No. 636. TEITELBAUM v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Abraham Teitelbaum pro se. Solicitor General Cox, Assistant Attorney General Oberdorfer, I. Henry Kutz* and *Norman H. Wolfe* for respondent. ▮

No. 640. SWANEE PAPER CORP. v. FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied. *Henry B. Singer* for petitioner. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, Irwin A. Seibel* and *James McI. Henderson* for respondent.

No. 641. LUCAS ET AL. v. HAMM ET AL. Supreme Court of California. Certiorari denied. *Reginald G. Hearn* for petitioners. *Robert M. Adams, Jr.* and *Mose Silverman* for Hamm, respondent. ▮